**Reversed and Remanded and Majority and Concurring Opinions filed March 5, 2015.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-13-00855-CR

---

**ALISHA MARIE DRAKE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 212th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 12CR0922**

---

## C O N C U R R I N G   O P I N I O N

The trial court committed fundamental error by (1) holding a venire panel member in contempt of court when he articulated a religious-based inability to view the graphic evidence in the sexual-performance-of-a-child case; (2) jailing him for such "conduct" in open court before the remainder of the panel; and (3) making charged religious remarks regarding a juror's role in the process. The fundamental error deprived appellant of a fair and impartial jury trial.

I disagree with my colleagues that appellant has shown harm. However, I conclude that in this context harm need not be shown. Thus, I respectfully concur in the disposition and judgment only.

/s/    Sharon McCally
       Justice

Panel consists of Justices McCally, Brown, and Wise. (Wise, J. majority).
Publish — Tex. R. App. P. 47.2(b).